UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff(s), | ) | No. CR 09-0739 CW (BZ) |
| v. | ) | |
| WARREN L. JORDAN, | ) | **RELEASE ORDER** |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that the Marshal shall release the defendant this evening into the custody of his brother Jerry Bloodsaw.  **IT IS FURTHER ORDERED** that Mr. Jordan shall appear in court tomorrow, **August 28, 2009 at 9:30 a.m.** at which time the Court will make a further order with respect to his residence.

Dated: August 27, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDERS.09\JORDAN RELEASE ORDER.wpd

1