UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff(s),          ) <br>                                    )<br>       v.                          )<br>                                    )<br>WARREN L. JORDAN, SR.,              )<br>                                    )<br>            Defendant(s).           )<br>_____ ) | No. CR 09-0739 CW (BZ)<br><br>**ORDER TO POST PROPERTY** |

Having consulted with Judge Wilken, **IT IS ORDERED** that Mrs. Jordan shall post the property at 230 Hamilton Avenue by **September 15, 2009**, as security for the bond by which the defendant has been released.

Dated: September 1, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDERS.09\JORDAN POST PROPERTY ORDER.wpd

1