JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail:     jjayne@campbelljayne.com
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone:   (415) 623-3600
Facsimile:   (415) 623-3605

Attorneys for Defendant
WARREN LEE JORDAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WARREN LEE JORDAN<br><br>Defendant. | CASE NO. CR-09-739 CW-1<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE AND APPEARANCE BOND** |

**IT IS ORDERED** that the Order Setting Conditions of Release and Appearance Bond for Defendant Warren Lee Jordan be modified as follows:

Mr. Jordan shall be released from the half-way house by September 14, 2009 and instead he shall live at the residence of Mr. and Mrs. Jerry Bloodsaw, located at 3858 Fairway Avenue, Oakland, California until further order of this Court.

Mr. Jordan shall next appear before this Court on October 28, 2009 at 1:30 p.m. for a status conference.

**IT IS SO ORDERED.**

DATED:   September 14, 2009

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*