JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail:     jjayne@campbelljayne.com
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone:    (415) 623-3600
Facsimile:    (415) 623-3605

Attorneys for Defendant
WARREN LEE JORDAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WARREN LEE JORDAN<br><br>　　　　Defendant. | CASE NO. CR-09-739 CW-1<br><br>[PROPOSED] ORDER RECONVEYING PROPERTY |

**IT IS ORDERED** that the property located at 230 Hamilton Avenue be reconveyed back to its owner and the property bond posted as security in the above-noted case be released.  Mr. Jordan has completed all conditions of release and his case has been closed.

**IT IS SO ORDERED.**

DATED:  12/7/2010                           _____
                                            HONORABLE CLAUDIA WILKEN
                                            UNITED STATES DISTRICT JUDGE